**Official Form 1 (10/06)**

## United States Bankruptcy Court
### Northern DISTRICT OF Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Fliszkiewicz Cezary Marcin | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>none |
| **All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names):<br>None | **All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names): |
| **Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.** (if more than one, state all):<br>4871 | **Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.** (if more than one, state all): |
| **Street Address of Debtor** (No. and Street, City, and State):<br>2925 Oak Court<br>Schaumburg, IL<br>ZIP Code: 60193 | **Street Address of Joint Debtor** (No. and Street, City, and State):<br>ZIP Code: |
| **County of Residence or of the Principal Place of Business:**<br>Cook | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor** (if different from street address):<br>Same<br>ZIP Code: | **Mailing Address of Joint Debtor** (if different from street address):<br>ZIP Code: |
| **Location of Principal Assets of Business Debtor** (if different from street address above):<br>Same   ZIP Code: | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: none | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: none | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　_____
　　　(Name of landlord that obtained judgment)

　　　_____
　　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06) | Form B1, Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____ 06/22/07
Signature of Debtor

X _____
Signature of Joint Debtor
                    609-713-5531
Telephone Number (if not represented by attorney)
**June 8 th , 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name
Address

_____

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of** _____Illinois_____

In re Cezary M. Fliszkiewicz                    Case No. _____
    Debtor(s)                                           (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[✓] 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[ ] 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
 ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
 ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
 ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____/s/_____

Date: 06/22/07

2

# novadebt

A Garden State Consumer Credit Counseling Organization
A Nj Non-Profit Corp | Member AICCCA
225 Willowbrook Road | Freehold, NJ 07728
**1-800-99-BILLS**

Intake:         491710
Intake Date:    02/01/07
Counselor:      RoseMarie McCloud
Work Phone:     (630) 855-8273
Home Phone:

## INITIAL INTAKE FORM

Cezary Fliszkiewicz
2925 Oak Court
Schaumburg IL 60193


Dear Cezary Fliszkiewicz:

The initial information presented below is based upon the information provided to us during your counseling session. Due to creditor policies and depending on past due status, certain concessions may not apply. Please check all data carefully and contact us if there are any changes necessary.

Please be advised that any checks received by Novadebt may be converted to an electronic debit from your checking account. Please call 1-800-772-4557, ext. 10312 if you wish to refuse this processing method.

We are glad you took the first step back to financial stability.

| Creditor | Account # | Account Balance | Current Payment | Estimated Payment |
|---|---|---|---|---|
| **CREDIT UNION ACCOUNTS** | polish fed credit un | $5,206 | $10 | $10 |
| *INTEREST AND PAYMENT REMAINS THE SAME, DOES NOT WAIVE FEES, DOES NOT BRING CURRENT.* | | | | |
| **CHASE** | | $7,307 | $219 | $161 |
| *Interest is 6%, waives late and overlimit fees, may bring current after 3 payments.* | | | | |
| **SAMS CLUB** | | $1,100 | $33 | $33 |
| *Interest is reduced to 15%, waives late and overlimit fees, may bring current after 3 consecutive payments.* | | | | |
| **OVERDRAWN ACCOUNTS** | COMMERCE | $60 | $60 | $10 |
| *Individual Basis and may need to increase.* | | | | |
| **OVERDRAWN ACCOUNTS** | COMMERCE | $444 | $444 | $18 |
| *Individual Basis and may need to increase.* | | | | |
| **MEDICAL DEBT** | | $380 | $380 | $15 |
| *NO CONCESSIONS OFFERED. ALL ARRANGEMENTS ARE PENDING CREDITOR APPROVAL. PAYMENT AMOUNT IS ONLY AN ESTIMATE.* | | | | |
| **UTILITY DEBT 2%** | NICOR GAS | $237 | $237 | $10 |
| *Individual Basis and may need to increase.* | | | | |
| **FIRST DATA** | | $1,134 | $39 | $39 |

| | | | |
|---|---|---|---|
| Initial Enrollment Fee: | **FREE** | Monthly Service Fee: | $29 |
| CWCID Charge: $50.00 | | **Estimated Payment Plan:** | $325 |
| | | Estimated Months to Payoff Debt: | 93.0 |

6/11/2007 2:02:31 PM
RoseMarie McCloud

# novadebt

A Garden State Consumer Credit Counseling Organization
225 Willowbrook Road Freehold, NJ 07728
Counseling Department (800) 99-BILLS Client Care Line (800) 77-BILLS
Creditor Services Line (732) 409-6283

## BUDGET ANALYSIS WORKSHEET

| | | | | | |
|---|---|---|---|---|---|
| Client Name | Fliszkiewicz, Cezary | DOB | OCT 24 1966 | SS# | 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 |
| Co-App Name | | DOB | | SS# | - - |
| No In Household | 1 | Date | FEB 01 2007 | Rep | SBO |
| Acct No | **SEE PROPOSAL | Result | J | Lead # | 491710 |
| | | Client # | | Past Due | 121+ |

| | | | |
|---|---|---|---|
| **HOUSING** | | **INCOME** | |
| Rent | $1,200.00 | Client Take Home Pay | $4,700.00 |
| Mortgage | $980.00 | Co-App Take Home Pay | $.00 |
| Second Mortgage | $.00 | Retirement/ Pension | $.00 |
| Property Taxes | $300.00 | Alimony/ Child Support | $.00 |
| | | Social Security/ Disability | $.00 |
| **UTILITIES** | | Public Assistance | $.00 |
| Electric | $100.00 | AFDC Payments | $.00 |
| Gas/ Oil | $75.00 | Food Stamps/ Welfare | $.00 |
| Water/ Sewer | $30.00 | | $.00 |
| Telephone | $120.00 | | |
| Cable/ Satellite | $120.00 | **TOTAL INCOME** | **$4,700.00** |
| **TRANSPORTATION** | | **ASSETS** | |
| Car Loan/ Lease | $536.00 | | |
| Gasoline | $400.00 | Home Value if Financing | $155,000.00 |
| Maintenance | $80.00 | Car Value if Financing | $.00 |
| | | Savings Balance | $.00 |
| **FOOD & HOUSEHOLD ITEMS** | | | $.00 |
| Groceries | $400.00 | **TOTAL ASSETS** | **$155,000.00** |
| **INSURANCE** | | **LIABILITIES** | |
| Home | $75.00 | | |
| Medical | $.00 | Amount Owed on Home | $138,000.00 |
| Life | $.00 | Amount Owed on Car | $5,036.00 |
| Car | $127.00 | Amount Owed on Other Loans | $10,000.00 |
| | | Total Credit Card Balances | $15,868.00 |
| **DEPENDENTS** | | | $.00 |
| Child Support | $600.00 | | |
| Child Care/ Baby Sitter | $.00 | **TOTAL LIABILITIES** | **$168,904.00** |
| **MEDICAL** | | **HOUSEHOLD EXPENSES To** | |
| Medical/ Dental Bills | $.00 | **INCOME VARIANCE** | **$-863.00** |
| Prescriptions | $20.00 | | |
| | | **TOTAL EXPENSES to INCOME** | |
| **MISCELLANEOUS** | | **VARIANCE** | **$-1,778.00** |
| Total Miscellaneous | $400.00 | | |
| **TOTAL MONTHLY EXPENSES** | **$5,563.00** | | |
| **SECURED or INSTALLMENT LOAN** | | | |
| Total Monthly Payments | $590.00 | | |
| **PAYMENT ON DEBT MANAGEMENT PROGRAM** | | | |
| Total Monthly Payments | $325.00 | | |
| **TOTAL EXPENSES** | **$6,478.00** | | |



Garden State Consumer Credit Counseling
225 Willowbrook Road   1-800-992-4557
Freehold, NJ 07728   www.novadebt.org

Name: Filszkiewicz, Cezary
Co-App:
ID#:  491710
Counselor:  RoseMarie McCloud
Date:  06/11/07
Page:  1

# CLIENT ACTION PLAN

## CLIENTS FINANCIAL CONCERNS

- Budgeting and Money Management
- Debt Repayment
- Mortgage Delinquency

## GOALS and RECOMMENDATIONS

- Employ Budgeting Techniques
    - Set Financial Goals
    - Track Daily Expenses
    - Set up an Emergency Fund
    - Set Up a Cash Flow System
- Increase Income
    - Part-time Job

## BUDGET ANALYSIS SUMMARY

Monthly Net Income (Take home pay):$4,700.00
Monthly Living Expenses:$6,478.00
Monthly Surplus(Money left over):$-1,778.00

## ACTION STEPS

Dear Cezary,

- Enclosed is information on how to establish an effective budget. By using the Budgeting Steps and Tips manual, you will be able to record and track all expenses due on a monthly basis. Living on a Budget will help you monitor your everyday expenditures by showing you expenses that can possibly be reduced or eliminated to better fit your budget.

- Please review the brochures enclosed to help you establish a savings accounts to avoid using credit cards in the future for unexpected household, auto or medical emergencies.

- After you have filed and have received your Bankruptcy Filing Number, please contact Novadebt at 866-254-2660 to order your book, Second Chance, which will begin the process for the Post Debtor Education Certificate. If you have any questions regarding your Pre-Bankruptcy Counseling, please contact us at 877-892-4557, Monday- Friday 9am-8pm (EST) and Saturday 9am-5pm (EST).

Best of luck,
Rosemarie McCloud
Novadebt Bankruptcy Counselor
1-877-892-4557
732-409-6281 Ext. 80407

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Cezary M. Fliszkiewicz__    Case No _____

Chapter    7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Polis Slavic Federal Credit Union 9 Law Dr, Fairfield, NJ 07004 | Collection depart. 800-382-3821 | bank loan | subject to set off | $3477 unsecured |
| Savit Collection Agency P.O. Box 250, East Brunswick, NJ 08816 | 800-491-5757 | credit card | subject to set off | $5206 unesured |
| Daimlerchrysler PO Box 9223, Farmington Hills, MI 48333-9223 | 800-556-8172 | Car lease | subject to set off | $2598 secured |
| NCO Financial/99 PO Box 41466, Philadelphia, PA 19101 | 800-220-2274 | trade debt | subject to set off | $444 unsecured |
| NCO Finanacial/99 P.O. Box 41466 Philadelphia, PA 19101 | 800-220-2274 | bank account | subject to set off | $60 unsecured |
| Chase Bank 800 Brooksedge Blvd., Wsterville, OH 43081 | 800-955-9900 | credit card | subject to set off | $7411 unsecured |
| GEMB/Sams PO Box 981400 EL Paso, TX 79998 | 915-590-6343 | charge card | Subject to set off | $1068 unsecured |
| Polish Slavic Federal Credit Union, 140 Greenpoint Ave, Brooklyn, NY 11222 | 908-862-2715 | credit card | Subject to set off | $5304 unsecured |